```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALANTES CORPORATE FINANCE, LLC

                *Plaintiff*,

-against-

ALLNITE TRUCKING LTD. and RENIGADE TRUCKING (2005), LTD.,

                *Defendants*.

Civil Action No. 1:18-cv-05743-MKV

**JUDGMENT FOR SUM CERTAIN BY DEFAULT**

      Defendants, ALLNITE TRUCKING LTD. and RENIGADE TRUCKING (2005), LTD., were served with the Summons and Complaint (the "Complaint") in this action as reflected in the affidavits of service on the docket sheet. The time for Defendants to appear, answer, or move against the Complaint has expired without an appearance by Defendants. The Clerk issued a Certificate of Default dated April 18, 2019 against both Defendants. Plaintiff submitted a motion for a default judgment with supporting papers. The Court held a hearing on that motion on June 17, 2020. After careful review of the application and materials submitted in support, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 of the Local Rules of Practice of the United States District Court for the Southern District of New York, it is hereby

      ADJUDGED that plaintiff, ALANTES CORPORATE FINANCE, LLC, recover from and have judgment Defendant Allnite Trucking Ltd. with an address at Box 99, Boyle, Alberta Canada T0A 0M0 as of April 9, 2019 in the amount of $149,265.00.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Renigade Trucking (2005) Ltd. are dismissed, as Renigade Trucking (2005) Ltd. is not a signatory to the operative agreements.

The Clerk is directed to close the case.

_____
Hon. Mary Kay Vyskocil
United States District Judge

JUDGMENT ENTERED THIS EIGHTEENTH DAY OF JUNE, 2020.